■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH PINERAS, Appellant. [978 NYS2d 681]—

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (*People v Danielson*, 9 NY3d 342 [2007]). There is no basis for disturbing the jury's credibility determinations. There was nonaccomplice testimony and documentary evidence that satisfied the standards for corroboration of accomplice testimony (*see People v Reome*, 15

NY3d 188, 192-193 [2010]). Furthermore, defendant's behavior after the theft evinced a consciousness of guilt, and provided further assurances of the reliability of the accomplice testimony. Concur—Mazzarelli, J.P., Friedman, DeGrasse, Richter and Manzanet-Daniels, JJ.